UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No: 1:23-mj-278

v.

COMPLAINT
**PENALTY SHEET**

SEANN PATRICK PIETILA,

    Defendant.
_____/

**CHARGE – Interstate Communications** – 18 U.S.C. § 875(c)

**Maximum prison:** Not more than 5 years [18:875(c)]

**Maximum fine:** $250,000 [18:3571]

**Supervised Release:** Not more than 3 years [18:3583] (Class D Felony, 18:3559)

**Special Assessment**: [18:3013] $100

Date: June 16, 2023

/s/Christopher M. O'Connor
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046