UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SEANN PATRICK PIETILA,

      Defendant.
_____/

Case No: 1:23-mj-278

Hon. Maarten Vermaat
U.S. Magistrate Judge

# GOVERNMENT'S MOTION FOR DETENTION

The United States moves for pretrial detention of defendant. Under 18 U.S.C. § 3142(f)(1)(A), defendant is charged with a crime of violence. *United States v. Capriotti*, No. 21 CR 16, 2021 WL 229660, at *3-4 (N.D. Ill. Jan. 22, 2021) (finding 875(c) is a crime of violence for purposes of 18 U.S.C. § 3142(f)(1)(A) after collecting cases agreeing with that proposition). Therefore, the court "shall hold a hearing to determine whether any condition or combination of conditions . . . will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f). Under § 3142(f)(2), the United States moves for a continuance of 3 days to prepare for the hearing.

      Respectfully submitted,

      MARK A. TOTTEN
      United States Attorney

Dated: June 16, 2023     /s/ *Christopher M. O'Connor*
      CHRISTOPHER M. O'CONNOR
      THEODORE J. GREELEY
      Assistant United States Attorneys