UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                               Case No. 1:23–mj–278

v.                                       Hon. Maarten Vermaat

SEANN PATRICK PIETILA,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Detention Hearing<br>Preliminary Hearing |
| Date/Time: | June 22, 2023   10:00 AM |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | Grand Rapids, MI |

                                                    SALLY J. BERENS
                                                  U.S. Magistrate Judge

Dated:  June 16, 2023        By:    /s/ C. A. Moore
                                                    Courtroom Deputy